# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| HUBERT JACKSON, | : | No. 52 WM 2023 |
| Petitioner | : | |
| v. | : | |
| JOSEPH DAVID SELETYN, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 4th day of January, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.

 Justice McCaffery did not participate in the consideration or decision of this matter.